**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Illinois Policy Institute v. Illinois Department of Labor, et al

Case Number: 1:24-cv-06976

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Illinois Policy Institute

Attorney name (type or print): James J. McQuaid

Firm: Liberty Justice Center

Street address: 13341 W. U.S. Highway 290, Building 2, Austin TX 78737

City/State/Zip:

Bar ID Number: IL 6321108
(See item 3 in instructions)

Telephone Number: 512-481-4400

Email Address: jmcquaid@libertyjusticecenter.org

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | __ | X |
| Are you a member of the court's general bar? | X | __ |
| Are you a member of the court's trial bar? | __ | X |
| Are you appearing *pro hac vice*? | __ | X |
| If this case reaches trial, will you act as the trial attorney? | __ | X |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 9, 2024

Attorney signature: S/ James J. McQuaid
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023