IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS POLICY INSTITUTE,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF LABOR *and* JANE R. FLANAGAN, *in her official capacity as Director of the Illinois Department of Labor*,<br><br>    Defendants. | Case No. 1:24-cv-06976<br><br>Hon. Judge Franklin U. Valderrama<br><br>**Status Report** |

On August 9, 2024, this Court issued a minute entry ordering the parties to file a joint status report by October 23, 2024. In the alternative, if Defendants had not been served, Plaintiff was instructed to file an individual status report indicating the status of service of process by the same deadline. Plaintiff files this Status Report in response.

Plaintiff has not yet served Defendants because Plaintiff intends to file an Amended Complaint before doing so, adding an additional plaintiff, the Technology & Manufacturing Association, and adding additional counts. Plaintiff anticipates filing and serving the Amended Complaint and filing a motion for preliminary injunction on October 30, 2024.

Dated: October 23, 2024

1

                                        Respectfully submitted,

                                        **Illinois Policy Institute**

                                        By: <u>/s/ Jacob Huebert</u>
                                        One of its Attorneys

Jacob Huebert
Jeffrey M. Schwab
James McQuaid
Liberty Justice Center
7500 Rialto Blvd
Suite 1-250
Austin, TX 78735
512-481-4400
jhuebert@ljc.org
jschwab@ljc.org
jmcquaid@ljc.org

2