IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS POLICY INSTITUTE and THE TECHNOLOGY & MANUFACTURING ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> JANE R. FLANAGAN, *in her official capacity as Director of the Illinois Department of Labor*, <br><br> Defendant. | Case No. 1:24-cv-06976 <br><br> Hon. Judge Franklin U. Valderrama |

## Notice of Appeal

Plaintiffs Illinois Policy Institute and the Technology & Manufacturing Association appeal to the United States Court of Appeals for the Seventh Circuit from the order (Dkt. 38) of the District Court for the Northern District of Illinois granting the motion to dismiss by Defendant Jane R. Flanagan on September 30, 2025.

Dated: October 27, 2025

Respectfully submitted,
**Illinois Policy Institute *and*
Technology & Manufacturing Association**

By: /s/ Jeffrey M. Schwab
One of their Attorneys

Jeffrey M. Schwab
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
512-481-4400
jschwab@ljc.org

1

**Certificate of Service**

I certify that the foregoing document was filed electronically with the Court's Case Management/Electronic Case Filing (CM/ECF) system. The Court and/or Clerk of Court may serve and give notice to counsel by CM/ECF electronic transmission.

Dated this 27th day of October 2025.

/s/ Jeffrey M. Schwab
Jeffrey M. Schwab
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
512-481-4400
jschwab@ljc.org

*Attorney for Plaintiffs Illinois Policy Institute and the Technology & Manufacturing Association*

2