IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS POLICY INSTITUTE and THE TECHNOLOGY & MANUFACTURING ASSOCIATION,<br><br>    Plaintiffs,<br><br>v.<br><br>JANE R. FLANAGAN, *in her official capacity as Director of the Illinois Department of Labor*,<br><br>    Defendant. | Case No. 1:24-cv-06976<br><br>Hon. Judge Franklin U. Valderrama |

**Docketing Statement**

Plaintiffs Illinois Policy Institute and the Technology & Manufacturing Association submits this docketing statement pursuant to Circuit Rule 3(c) of the United States Court of Appeals for the Seventh Circuit.

**Jurisdiction**

The United States District Court for the Northern District of Illinois had jurisdiction over this case pursuant to 28 U.S.C. § 1331, because Plaintiff's claims allege violations of the First and Fourteenth Amendments to the United States Constitution; and 28 U.S.C. § 1343, because relief is sought under 42 U.S.C. § 1983.

The United States Court of Appeals for the Seventh Circuit has jurisdiction of this case under 28 U.S.C. § 1291. On October 27, 2022, Plaintiffs filed a timely notice of appeal of the District Court's Order granting the motion to dismiss of Defendant Jane R. Flanagan on September 30, 2025. (Dkt. 38).

**Prior or Related Appellate Proceedings**

There are no prior or related appellate proceedings in the case. There are no earlier appellate proceedings sufficiently related to this appeal. There is no prior litigation in the District Court that was not appealed.

**Parties to the lawsuit appearing in their official capacities**

Defendant Jane R. Flanagan appears in her official capacity as Director of the Illinois Department of Labor and is the current holder of that office.

**Counsel of Record**

Plaintiffs' counsel of record in this matter is Jeffrey M. Schwab.

Dated: October 27, 2025

Respectfully submitted,
**Illinois Policy Institute** *and* **Technology & Manufacturing Association**

By: /s/ Jeffrey M. Schwab
One of their Attorneys

Jeffrey M. Schwab
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
512-481-4400
jschwab@ljc.org

## Certificate of Service

I certify that the foregoing document was filed electronically with the Court's Case Management/Electronic Case Filing (CM/ECF) system. The Court and/or Clerk of Court may serve and give notice to counsel by CM/ECF electronic transmission.

Dated this 27th day of October 2025.

/s/ Jeffrey M. Schwab
Jeffrey M. Schwab
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
512-481-4400
jschwab@ljc.org

*Attorney for Plaintiffs Illinois Policy Institute and the Technology & Manufacturing Association*