IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Illinois Policy Institute and the Technology & Manufacturing Association,<br><br>      Plaintiffs,<br>  v.<br><br>Jane R. Flanagan, in her official capacity as Director of the Illinois Department of Labor,<br><br>      Defendant. | Case No. 1:24-cv-06976<br><br>Hon. Franklin U. Valderrama |

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion to dismiss, ECF 19, is GRANTED. For the reasons set out in the Court's opinion, ECF 38, Plaintiffs' complaint is hereby DISMISSED without prejudice and without leave to amend on the ground that their claims are barred by sovereign immunity.

IT IS SO ORDERED.

Dated: November 4, 2025

                                                         United States District Judge
                                                         Franklin U. Valderrama